**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEYSI M. MORALES NARANJO,<br>Petitioner,<br>v.<br>UNKNOWN,<br>Respondent. | No. 5:26-cv-3748-AH-DSR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS UNITED STATES MAGISTRATE JUDGE TO GRANT UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No objections to the Report and Recommendation have been timely filed. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and:

(a) Respondent (the warden or administrator having custody of Petitioner) shall immediately release Petitioner **Deysi M. Morales Naranjo (A No. 24782024)** from custody subject to the same conditions of release under ISAP to which Petitioner was subject prior to their most-recent re-detention,

(b) Respondent shall return any confiscated property and documents to Petitioner upon release; and

(c) Respondent shall file a notice of compliance within three days of entry of Judgment.

IT IS SO ORDERED.

DATED: July 24, 2026

Anne Hwang

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE