JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEYSI M. MORALES NARANJO,

Petitioner,

v.

UNKNOWN,

Respondent.

No. 5:26-cv-3748-AH-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge to Grant Unopposed Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: July 24, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE